UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **ARCHILLE P. HOLMES, JR.** | **CIVIL ACTION NO. 23-1469** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CADDO PARISH SHERIFF'S OFFICE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Archille P. Holmes, Jr.'s claims are **DISMISSED WITH PREJUDICE** for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 26th day of February 2024.

_____
Terry A. Doughty
United States District Judge